UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

GERALD ROSANO, et al.,

    Plaintiffs,

v.

TOWNSHIP OF TEANECK,

    Defendant.

Civ. No. 09-6339 (KSH)(PS)

**ORDER**

This matter having come before the Court on the parties' cross-motions for summary judgment (D.E. 31, 32); and for the reasons stated in the opinion filed herewith;

**IT IS** on this 28th day of December 2012, hereby,

**ORDERED** that Teaneck's motion for summary judgment (D.E. 31) is **granted** in its entirety; and it is further

**ORDERED** that plaintiffs' motion for summary judgment (D.E. 32) is **denied**; and it is further

**ORDERED** that the Clerk of the Court is directed to **close** this matter.

/s/ Katharine S. Hayden
Katharine S. Hayden, U.S.D.J.